**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOHN L. WAY, SR.,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **Civil Case No. 11-841 (RJL)** |
| | ) | |
| **SIMON T. WAINWRIGHT,** | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ORDER

In accordance with the Memorandum Opinion issued this date, it is hereby

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED** this ___ day of _____, 2011. This is a final and appealable order.

RICHARD J. LEON
United States District Judge